# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Alexus Vasquez | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-11337pmm |

## ORDER

AND NOW, it is ORDERED that since the debtor has failed to timely file the documents required by the order dated June 7, 2022, this case is hereby DISMISSED.

Dated: 6/27/22

*Patricia M. Mayer*

PATRICIA M. MAYER
United States Bankruptcy Judge