United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11337-pmm

Alexus Vasquez     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Jun 27, 2022     Form ID: pdf900     Total Noticed: 16

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexus Vasquez, 567 South Christian Street, Lancaster, PA 17602-4467 |
| 14693516 | + | Bank of Missouri, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 14698497 | + | M&T BANK, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14693521 | + | Opensky Capital Bank NA, PO Box 8130, Reston, VA 20195-2030 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 28 2022 00:01:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 28 2022 00:01:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14693526 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 28 2022 00:01:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91411 |
| 14693518 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 28 2022 00:01:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 14693517 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2022 00:01:48 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14693519 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2022 00:01:44 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14693527 | + | Email/Text: dylan.succa@commercialacceptance.net | Jun 28 2022 00:01:00 | Commercial Acceptance Co., 2300 Gettysburg Rd., Suite 102, Camp Hill, PA 17011-7303 |
| 14693520 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 28 2022 00:01:53 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 14693528 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2022 00:01:44 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14693522 | | Email/Text: bankruptcy@self.inc | Jun 28 2022 00:01:00 | Self Financial Inc./Lead Bank, 901 East 6th Street, Suite 400, Austin, TX 78702 |
| 14693523 | | Email/Text: bankruptcy@self.inc | Jun 28 2022 00:01:00 | Sunrise Bank Self Lender, 515 Congress Ave., Suite 2200, Austin, TX 78701 |
| 14693524 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 28 2022 00:01:00 | Webbank/ Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 27, 2022 | Form ID: pdf900 | Total Noticed: 16

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| MARK A. BERENATO | on behalf of Debtor Alexus Vasquez mark@berenatolawfirm.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Alexus Vasquez | : | |
| Debtor | : | Bankruptcy No. 22-11337pmm |

ORDER

AND NOW, it is ORDERED that since the debtor has failed to timely file the documents required by the order dated June 7, 2022, this case is hereby DISMISSED.

Dated: 6/27/22

_____
PATRICIA M. MAYER
United States Bankruptcy Judge